IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RUBEN LOPEZ-LOPEZ                                          PETITIONER

VS.                              CASE NO. 2:08CV00088 SWW

LINDA SANDERS, Warden,
FCI - Forrest City                                         RESPONDENT

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate

Judge H. David Young.  After careful review of those Findings and Recommendations, the

timely objections received thereto, and a *de novo* review of the record, the Court concludes that

the Findings and Recommendations should be, and hereby are, approved and adopted in their

entirety as this Court's findings in all respects.[1]  Judgment will be entered accordingly.

IT IS SO ORDERED this 16th day of September 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] On July 8, 2008, Magistrate Judge Young entered his Report and Recommendation that petitioner Ruben Lopez-Lopez's petition for writ of habeas corpus be dismissed.  On July 22, 2008, petitioner filed objections and, that same day, Washington, D.C. attorney Alexander Zeno moved for leave to represent petitioner with respect to his petition for writ of habeas corpus.  Petitioner additionally moved for an extension of until and including September 15, 2008, in which to file a memorandum of law in support of his objection to the Magistrate Judge's Report and Recommendation.  This Court granted petitioner's motion for leave to enter and for an extension of time by Order entered July 24, 2008 [doc.#13].  However, the deadline for filing a memorandum of law has passed with no such memorandum of law being filed.